HUDSON v. ADAMS *et al.*

No. 4730.  Opinion Filed July 6, 1915.

Rehearing Denied February 15, 1916.

(155 Pac. 223.)

**BONA FIDE PURCHASER OF LAND.** Syllabus same as in **Adams Oil & Gas Co. v. Frank Hudson et al.**, *ante*, p. 386, 155 Pac. 220.

(Syllabus by Dudley, C.)

*Error from Superior Court, Muskogee County;*
*Farrar L. McCain, Judge.*

Action by Frank Hudson and others against Richard C. Adams and others. Judgment for plaintiffs, except William Hudson, who brings error. Affirmed.

*N. A. Gibson, T. L. Gibson, K. S. Murchison,* and *McRea & McRea,* for plaintiff in error.

*M. E. Michaelson, Brennan, Kane & McCoy,* and *Hutchings & German,* for defendants in error.

Opinion by DUDLEY, C. This case, by agreement, was consolidated with case No. 4731, *ante,* p. 386, 155 Pac. 220. The facts and questions of law are the same in both

cases, and upon the authority of case No. 4731, *supra*, this case should be affirmed.

By the Court: It is so ordered.